# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CANAVERAL PORT AUTHORITY,**

      **Plaintiff,**

-vs-                            **Case No. 6:09-cv-1919-Orl-28DAB**

**M/V SURFSIDE PRINCESS, SURFSIDE PRINCESS, LCC, and OCEANS CASINO CRUISES, INC.,**

      **Defendants.**

## ORDER

This case is before the Court on Orchard Drive, LLC's ("Orchard Drive") Motion to Dissolve Reel Games Inc.'s ("Reel Games") Arrest of Vessel and For Other Relief For Failure to Comply with this Court's June 18, 2010 Order (Doc. No. 167) filed August 3, 2010 and Reel Games' Motion for Reinstatement of Arrest, Reinstatement of Verified Complaint *in rem* and Reapportionment of Custodial Expenses (Doc. 226) filed October 22, 2010. The United States Magistrate Judge has submitted reports recommending that the Motion to Dissolve be granted and the Motion for Reinstatement be denied.

Also before the Court is Orchard Drive's Motion to Strike Reel Games' Notice of Payment of Custodial Expenses (Doc. 234), Reel Games' Response thereto (Doc. No. 239), and Reel Games' Motion to Deposit Funds Into the Registry of the Court (Doc. 241).

After an independent *de novo* review of the record in this matter, and consideration of Reel Games objections to both Reports and Recommendation (Doc. Nos. 220 and 237), as well as Orchard Drive's response to Reel Games' objections (Doc. No. 221), Reel

Games' objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the September 23, 2010 Amended Report and Recommendation (Doc. No. 215) and the October 29, 2010 Report and Recommendation (Doc. No. 230). Therefore, it is **ORDERED** as follows:

1.  That the Amended Report and Recommendation filed September 23, 2010 (Doc. No. 215) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  That the Report and Recommendation filed October 29, 2010 (Doc. No. 230) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3.  Orchard Drive's Motion to Dissolve Reel Games' Arrest of Vessel and For Other Relief For Failure To Comply with This Court's June 18, 2010 Order (Doc. No. 167) is **GRANTED**.

4.  Reel Games' Motion for Reinstatement of Arrest, Reinstatement of Verified Complaint *in rem* and Reapportionment of Custodial Expenses (Doc. No. 226) is **DENIED**.

5.  Reel Games' Arrest Warrant as served on June 7, 2010 is **VACATED**.

6.  Reel Games' Intervening Complaint, to the extent it asserts *in rem* claims against the Vessel, is **DISMISSED** for willful and repeated failure to comply with the Court's Order regarding payment of Reel Games' portion of the custodial costs of the arrested vessel.

7.  Orchard Drive's Motion to Strike Reel Games' Notice of Payment of Custodial Expenses (Doc. No. 234) is **GRANTED**. Reel Games' Notice of Payment is hereby **STRICKEN**.

8. Reel Games' Motion to Deposit Funds into the Registry of the Court (Doc. No. 241) is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17___ day of November, 2010.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party