# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CANAVERAL PORT AUTHORITY,**

    **Plaintiff,**

**-vs-**                   **Case No. 6:09-cv-1919-Orl-28DAB**

**M/V SURFSIDE PRINCESS, SURFSIDE PRINCESS, LCC, and OCEANS CASINO CRUISES, INC.,**

    **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ADMINISTRATIVE CLOSURE OF CASE (Doc. No. 272)**
>
> **FILED:** **March 8, 2011**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

  Final sale of the Vessel to Tynda Holdings, LLC, a private party, for the total purchase price of $2,200,000 was authorized by this Court on November 29, 2010. Doc. 257. Custody of the Vessel was delivered by the Alternate Custodian, Sophlex Enterprises, Inc. to Tynda Holdings, LLC and a final Bill of Sale was delivered by the U.S. Marshal to Tynda Holdings, LLC on or about December 6, 2010. Doc. 259.

Sophlex Enterprises, Inc., appointed by this Court to serve as the Alternate Custodian responsible for the care and control of the Vessel during the pendency of this admiralty action prior to delivery of the Vessel to Tynda Holdings, LLC, has been paid in full for all custodial and related services provided for the Vessel. *See* Doc. 272-1. On January 27, 2011, this Court authorized distribution of the entire purchase price of $2,200,000, plus any interest accrued (less registry fees) to Orchard Drive. Doc. 268. Orchard Drive received those funds on February 24, 2011. Doc. 272.

As the Vessel has been sold, and all proceeds related to that sale have been distributed, there are no additional actions remaining for this Court to take, and the case is ripe for administrative closure. It is respectfully **RECOMMENDED** that Orchard Drive respectfully requests that the District Judge issue a final order relieving Sophlex Enterprises, Inc. from any further obligations or duties in its capacity as Alternate Custodian of the Vessel, and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 10, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy