**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CANAVERAL PORT AUTHORITY,**

    **Plaintiff,**

-vs-                              **Case No. 6:09-cv-1919-Orl-28DAB**

**M/V SURFSIDE PRINCESS, SURFSIDE PRINCESS, LCC, and OCEANS CASINO CRUISES, INC.,**

    **Defendants.**

## ORDER

This case is before the Court on Orchard Drive, LLC's Motion for Administrative Closure (Doc. No. 272) filed March 8, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 10, 2011 (Doc. No. 274) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Orchard Drive, LLC's Motion for Administrative Closure (Doc. No. 272) is **GRANTED**.

3. The alternate custodian of the vessel, Sophlex Enterprises, Inc., is hereby relieved from any further obligations or duties in this case.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_\_5\_\_\_\_ day of April, 2011.

                                                          JOHN ANTOON II
                                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party